**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAVIGATORS MANAGEMENT COMPANY, INC., in its individual capacity and on behalf of Navigators Insurance Company, Inc, <br><br> Plaintiff, <br><br> v. <br><br> EURO CARGO EXPRESS INC. d/b/a ECX Global Logistics, <br><br> Defendant <br><br> and <br><br> EURO CARGO EXPRESS INC. d/b/a ECX Global Logistics, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD., SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD. and OCEAN NETWORK EXPRESS PTE. LTD., <br><br> Third-Party Defendants. | 1:23-cv-05769 <br> Hon. Jessica G. L. Clarke <br><br><br> **SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD. AND SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD.'S CORPORATE DISCLOSURE STATEMENT** |
| SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD., SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD., <br><br>   Cross-Complainant, <br><br> v. <br><br> OCEAN NETWORK EXPRESS PTE. LTD., <br><br>   Cross-Defendant. | |

1

Third-party defendants and cross-complainants SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD. and SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD., as for their FRCP 7.1 Disclosure Statement, each declares that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 21, 2023

Respectfully submitted,

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone:(410) 783-5795
Facsimile: (410) 510-1789

jssimms@simmsshowers.com

OF COUNSEL:
Neil B. Klein
neilk@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
P: (949) 724-0200

Counsel for Third-Party Defendants/Cross-Claimants Shine International Transportation (Hong Kong) Ltd. and Shine International Transportation (Shenzhen) Ltd.

## CERTIFICATE OF SERVICE

I certify that on December 21, 2023 I caused the foregoing to be filed on this Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms