| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| NAVIGATORS MANAGEMENT COMPANY, INC., in its individual capacity and on behalf of Navigators Insurance Company, Inc, | 1:23-cv-05769<br>Hon. Jessica G. L. Clarke |
| Plaintiff, | |
| v. | |
| EURO CARGO EXPRESS INC. d/b/a ECX Global Logistics, | |
| Defendant | |
| and | |
| EURO CARGO EXPRESS INC. d/b/a ECX Global Logistics, | |
| Third-Party Plaintiff, | |
| v. | |
| SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD., SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD. and OCEAN NETWORK EXPRESS PTE. LTD., | |
| Third-Party Defendants. | |
| SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD., SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD., | |
| Cross-Complainant, | |
| v. | |
| OCEAN NETWORK EXPRESS PTE. LTD., | |
| Cross-Defendant. | |

### AFFIDAVIT OF J. STEPHEN SIMMS IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

1. My full name is J. Stephen Simms.

2. I am a Principal in the law firm Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030. My office telephone number is 410-783-5795, my facsimile number is 410-510-1789, and my e-mail address is jssimms@simmsshowers.com.

3. I am a member in good standing of the bar of the state of Maryland and the United States District Court for the District of Maryland.

4. I certify that I have never been convicted of a felony.

5. I certify that I have never been censured, suspended, disbarred, denied admission or readmission by any Court.

6. I certify that no disciplinary proceedings have been instituted against me.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2023.

_____
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone:    (410) 783-5795
Facsimile:     (410) 510-1789
jssimms@simmsshowers.com