UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATORS MANAGEMENT COMPANY, INC., in its individual capacity and on behalf of Navigators Insurance Company, Inc, <br>            Plaintiff, <br> v. <br> EURO CARGO EXPRESS INC. d/b/a ECX Global Logistics, <br>            Defendant <br> and <br> EURO CARGO EXPRESS INC. d/b/a ECX Global Logistics, <br>            Third-Party Plaintiff, <br> v. <br> SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD., SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD. and OCEAN NETWORK EXPRESS PTE. LTD., <br>            Third-Party Defendants. <br> SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD., SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD., <br>    Cross-Complainant, <br> v. <br> OCEAN NETWORK EXPRESS PTE. LTD., <br>    Cross-Defendant. | 1:23-cv-05769 <br> Hon. Jessica G. L. Clarke |

## ORDER FOR ADMISSION PRO HAC VICE

      The motion of J. Stephen Simms for admission to practice *Pro Hac Vice* in this case as counsel for Third-Party Defendants/Cross-Claimants Shine International Transportation (Hong Kong) Ltd. and Shine International Transportation (Shenzhen) Ltd. is granted,

      Applicant has declared the he is a member in good standing of the bar of the state of Maryland; and that his contact information is as follows:

      J. Stephen Simms
      Simms Showers LLP

201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone:     410-783-5795
Facsimile:      410-510-1789
jssimms@simmsshowers.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Third-Party Defendants/Cross-Claimants Shine International Transportation (Hong Kong) Ltd. and Shine International Transportation (Shenzhen) Ltd. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED this ___ day of December,  2023.

_____
United States District/Magistrate Judge