**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAVIGATORS MANAGEMENT COMPANY, INC., in its individual capacity and on behalf of Navigators Insurance Company, Inc, | 1:23-cv-05769<br>Hon. Jessica G. L. Clarke |
| Plaintiff, | |
| v. | **ORDER FOR ADMISSION PRO HAC VICE** |
| EURO CARGO EXPRESS INC. d/b/a ECX Global Logistics, | |
| Defendant | |
| and | |
| EURO CARGO EXPRESS INC. d/b/a ECX Global Logistics, | |
| Third-Party Plaintiff, | |
| v. | |
| SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD., SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD. and OCEAN NETWORK EXPRESS PTE. LTD., | |
| Third-Party Defendants. | |
| SHINE INTERNATIONAL TRANSPORTATION (HONG KONG) LTD., SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LTD., | |
| Cross-Complainant, | |
| v. | |
| OCEAN NETWORK EXPRESS PTE. LTD., | |
| Cross-Defendant. | |

1

The motion of Neil B. Klein for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is member in good standing of the bar of the State of California, and that his contact information is as follows:

| | |
|---|---|
| Applicant name: | Neil B. Klein |
| Firm Name: | McKasson & Klein LLP |
| Address: | 18401 Von Karman Avenue, Suite 330 |
| City/State/Zip: | Irvine, CA 92612 |
| Telephone/Fax: | (949) 724-0200; (949) 724-0201 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as co-counsel for third-party defendants and cross-claimants Shine International Transportation (Hong Kong) Ltd. and Shine International Transportation (Shenzhen) Ltd. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED this 31st day of January 2024.

JESSICA G. L. CLARKE
United States District Judge